UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JACOB TELLEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, MERCED COUNTY SHERIFF DEPARTMENT; CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100,<br><br>    Defendants. | CASE NO. 1:16-cv-00063-DAD-SAB<br><br>**ORDER ON DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>(Doc. 10) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, after reviewing, Defendants COUNTY OF MERCED, COUNTY OF MERCED SHERIFF'S DEPARTMENT erroneously sued and served as Merced County Sheriff Department, CHARLES HALE, and JOSE SAM SANCHEZ's Application to File Documents Under Seal, hereby rules as follows:

1.    Defendants' Application to File Under Seal Exhibit "B" to Defendants' Request for Judicial Notice filed in connection with Defendants' Motion to Dismiss, and pertinent pages of the

1

1 Motion to Dismiss IS GRANTED.  The following documents are ordered to be filed under seal at
2 this :
3     a. Reporter's Transcript dated November 14, 2014, filed as Exhibit "B" to
4 Defendants' Request for Judicial Notice in support of Defendants' Motion to Dismiss;
5     b. Pertinent portions of Defendants' Motion to Dismiss which discuss the
6 contents of the Reporter's Transcript.
7     c. The sealed documents are Bate-Stamped 001-0015.
8     Persons to be permitted access to the documents include the parties to the action, their
9 counsel, this Court, and this Court's personnel as needed.  This order is specifically subject to
10 reconsideration either on motion of any interested party or on the court's own motion with respect
11 to the continuing need for sealing during the pendency of this action.
12
13 IT IS SO ORDERED.
14 Dated: __**March 15, 2016**__      _/s/ Dale A. Drozd_
                                                  UNITED STATES DISTRICT JUDGE