1  **STEVEN J. ROTHANS – State Bar No. 106579**
    **MARK D. RUTTER – State Bar No. 58194**
2  **CARPENTER, ROTHANS & DUMONT**
    **888 S. Figueroa Street, Suite 1960**
3  **Los Angeles, CA  90017**
    **(213) 228-0400 / (213) 228-0401 (fax)**
4  **srothans@crdlaw.com / mrutter@crdlaw.com**

5  Attorneys for Defendant DETECTIVE ERICK MACIAS, a public employee

6  **DANA ALDEN FOX - State Bar No. 119761**
    **MATTHEW P. HARRISON - State Bar No. 222073**
7  **DAWN M. FLORES-OSTER - State Bar No. 155722**
    **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
8  **633 West 5th Street, Suite 4000**
    **Los Angeles, California 90071**
9  **213.250.1800 / 213.250.7900 (fax)**
    **Dana.Fox@lewisbrisbois.com / Matthew.Harrison@lewisbrisbois.com /**
10 **Dawn.Flores-Oster@lewisbrisbois.com**

11 Attorneys for Defendants COUNTY OF MERCED, COUNTY OF MERCED SHERIFF'S DEPARTMENT erroneously sued and served as Merced County
12 Sheriff Department, CHARLES HALE, and JOSE SAM SANCHEZ

13
   **ADAM J. STEWART – State Bar No. 167403**
14 **LAWRENCE T. NIERMEYER – State Bar No. 157440**
   **MOORAD, CLARK & STEWART**
15 **1020 15th Street, Suite 10**
   **Modesto, CA 95354**
16 **209-526-0522 / 209-526-4703 (fax)**

17 Attorneys for Plaintiff JACOB TELLEZ

18                **UNITED STATES DISTRICT COURT**
19                **NORTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| JACOB TELLEZ, | Case No. 1:16-cv-00063-DAD-SAB |
| Plaintiff, | |
| vs. | **STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| COUNTY OF MERCED, MERCED COUNTY SHERIFF DEPARTMENT; CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | |

4817-9116-1648.1

- 1 -
STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel or record, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this entire action be dismissed with prejudice, as to any and all defendants.  Each party to this Stipulation shall bear its own costs and attorney's fees.

IT IS SO STIPULATED.

DATED: April 21, 2016          MOORAD, CLARK & STEWART

By:   __/S/ LAWRENCE T. NIERMEYER___
LAWRENCE T. NIERMEYER
Attorneys for Plaintiff JACOB TELLEZ

DATED: April 21, 2016          LEWIS BRISBOIS BISGAARD & SMITH

By:   _/S/ DAWN M. FLORES-OSTER_____
DANA ALDEN FOX
MATTHEW P. HARRISON
DAWN M. FLORES-OSTER
Attorneys for Defendants COUNTY OF MERCED, COUNTY OF MERCED SHERIFF'S DEPARTMENT, CHARLES HALE, and JOSE SAM SANCHEZ

DATED: April 21, 2016          CARPENTER, ROTHANS & DUMONT

By:   __/S/ MARK D. RUTTER_____
STEVEN J. ROTHANS
MARK D. RUTTER
Attorneys for Defendant DETECTIVE ERICK MACIAS

4817-9116-1648.1