**STEVEN J. ROTHANS – State Bar No. 106579**
**MARK D. RUTTER – State Bar No. 58194**
**CARPENTER, ROTHANS & DUMONT**
888 S. Figueroa Street, Suite 1960
Los Angeles, CA  90017
(213) 228-0400 / (213) 228-0401 (fax)
srothans@crdlaw.com / mrutter@crdlaw.com

Attorneys for Defendant DETECTIVE ERICK MACIAS, a public employee

**DANA ALDEN FOX - State Bar No. 119761**
**MATTHEW P. HARRISON - State Bar No. 222073**
**DAWN M. FLORES-OSTER - State Bar No. 155722**
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
213.250.1800 / 213.250.7900 (fax)
Dana.Fox@lewisbrisbois.com / Matthew.Harrison@lewisbrisbois.com / Dawn.Flores-Oster@lewisbrisbois.com

Attorneys for Defendants COUNTY OF MERCED, COUNTY OF MERCED SHERIFF'S DEPARTMENT erroneously sued and served as Merced County Sheriff Department, CHARLES HALE, and JOSE SAM SANCHEZ

**ADAM J. STEWART – State Bar No. 167403**
**LAWRENCE T. NIERMEYER – State Bar No. 157440**
**MOORAD, CLARK & STEWART**
1020 15th Street, Suite 10
Modesto, CA 95354
209-526-0522 / 209-526-4703 (fax)

Attorneys for Plaintiff JACOB TELLEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB TELLEZ, | Case No. 1:16-cv-00063-DAD-SAB |
| Plaintiff, | |
| vs. | **STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| COUNTY OF MERCED, MERCED COUNTY SHERIFF DEPARTMENT; CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | |

4817-9116-1648.1

- 1 -
STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1   IT IS HEREBY STIPULATED by and among the parties hereto, through
2 their respective counsel or record, that pursuant to Federal Rules of Civil
3 Procedure, Rule 41(a)(1)(A)(ii), this entire action be dismissed with prejudice, as
4 to any and all defendants. Each party to this Stipulation shall bear its own costs
5 and attorney's fees.

6   IT IS SO STIPULATED.

8 DATED: April 21, 2016        MOORAD, CLARK & STEWART

10              By:   __/S/ LAWRENCE T. NIERMEYER___
11                    LAWRENCE T. NIERMEYER
                      Attorneys for Plaintiff JACOB TELLEZ

13 DATED: April 21, 2016        LEWIS BRISBOIS BISGAARD & SMITH

16              By:   _/S/ DAWN M. FLORES-OSTER_____
                      DANA ALDEN FOX
17                    MATTHEW P. HARRISON
                      DAWN M. FLORES-OSTER
18                    Attorneys for Defendants COUNTY OF
19                    MERCED, COUNTY OF MERCED
                      SHERIFF'S DEPARTMENT, CHARLES
20                    HALE, and JOSE SAM SANCHEZ

22 DATED: April 21, 2016        CARPENTER, ROTHANS & DUMONT

24              By:   __/S/ MARK D. RUTTER_____
                      STEVEN J. ROTHANS
25                    MARK D. RUTTER
                      Attorneys for Defendant DETECTIVE
26                    ERICK MACIAS

4817-9116-1648.1