UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB TELLEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED; MERCED COUNTY SHERIFF DEPARTMENT; CHARLES HALE; ERICK MACIAS; and JOSE SAME SANCHEZ, individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT, and DOES 1–100,<br><br>　　　　Defendants. | No. 1:16-cv-00063-DAD-SAB<br><br>ACTION HAS BEEN DISMISSED WITH PREJUDICE; ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 24, 25, 27, 28, 29) |

On April 21, 2016, the parties filed a joint stipulation dismissing the action in its entirety with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. Nos. 27–29.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. The

/////

/////

/////

/////

1

Clerk of the Court is directed to close the case.  All pending motions (Doc. Nos. 24 and 25) are moot.

IT IS SO ORDERED.

Dated:   **April 22, 2016**                                    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                                      UNITED STATES DISTRICT JUDGE